```
McCARTHY, JOHNSON & MILLER
        LAW CORPORATION
ANA PEREZ HALLMON, (SBN: 253309)
595 Market Street, Suite 2200
San Francisco, CA  94105
Telephone:  (415) 882-2992
Facsimile:  (415) 882-2999
e-mail: ahallmon@mjmlaw.us
```

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 159 HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 159 PENSION TRUST FUND; BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 159 JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND AND BOARD OF TRUSTEES OF THE TRICO PIPES LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND,<br><br>                    Plaintiffs,<br><br>    v.<br><br>RT/DT, Inc., a California Corporation, d/b/a THOMAS PLUMBING; Robert Thomas; Dante Thomas,<br><br>                    Defendants.<br>_____ | No.  12-5111 MEJ<br><br>[~~PROPOSED~~ ORDER] GRANTING EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND OTHER DATES |

   IT IS SO ORDERED that the Initial Case Management Conference scheduled for January 3, 2013 be continued to February _7_, 2013 at 10:00 a.m., in Courtroom B, 15th Floor of this Court.  All other dates in the Order Setting Initial Case Management Conference and ADR Deadlines are extended by 30 days. The joint statement shall be filed by 1/31/13.

Dated: December 19, 2012                                    _____
                                                            MARIA-ELENA JAMES
                                                            United States Magistrate Judge