| | |
|---|---|
| 1 | McCARTHY, JOHNSON & MILLER |
|   |     LAW CORPORATION |
| 2 | ANA PEREZ HALLMON, (SBN: 253309) |
|   | 595 Market Street, Suite 2200 |
| 3 | San Francisco, CA  94105 |
|   | Telephone:  (415) 882-2992 |
| 4 | Facsimile:  (415) 882-2999 |
|   | e-mail: ahallmon@mjmlaw.us |
| 5 | |
|   | Attorneys for Plaintiffs |
| 6 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 159 HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 159 PENSION TRUST FUND; BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 159 JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND AND BOARD OF TRUSTEES OF THE TRICO PIPES LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND, | No.  12-5111 MEJ<br><br>[~~PROPOSED~~ ORDER] GRANTING EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND OTHER DATES |
| Plaintiffs, | |
| v. | |
| RT/DT, Inc., a California Corporation, d/b/a THOMAS PLUMBING; Robert Thomas; Dante Thomas, | |
| Defendants. | |

IT IS SO ORDERED that the Initial Case Management Conference scheduled for January 3, 2013 be continued to February _7_, 2013 at 10:00 a.m., in Courtroom B, 15th Floor of this Court.  All other dates in the Order Setting Initial Case Management Conference and ADR Deadlines are extended by 30 days. The joint statement shall be filed by 1/31/13.

Dated: December 19, 2012

_____
MARIA-ELENA JAMES
United States Magistrate Judge

[Proposed Order] Application to Continue Case Management Conference and Other Dates          Page 1