# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| BOARD OF TRUSTEES, | No. C 12-05111 JSW (MEJ) |
| Plaintiff(s), | **ORDER VACATING HEARING RE: DOCKET NO. 16** |
| v. | |
| RT/DT, INC., | |
| Defendant(s). | |

This matter is currently scheduled for a hearing regarding Plaintiffs' Motion for Default Judgment on April 25, 2013. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without oral argument and hereby VACATES the April 25 hearing. The Court shall issue an order forthwith.

**IT IS SO ORDERED.**

Dated: April 23, 2013

_____
Maria-Elena James
United States Magistrate Judge