# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 159 HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT THOMAS, et al.,<br><br>Defendants. | Case No.  12-cv-05111-JSW<br><br>**ORDER REQUIRING STATUS REPORT ON BANKRUPTCY PROCEEDINGS** |

On May 21, 2013, the Court administratively closed this case as to Defendants Robert and Dante Thomas, pursuant to a Notice of Bankruptcy.  The Court HEREBY ORDERS the parties to submit a status report on the status of the Bankruptcy Proceedings by no later than September 4, 2015.

**IT IS SO ORDERED.**

Dated: August 12, 2015

_____
JEFFREY S. WHITE
United States District Judge