UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 159 HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT THOMAS, et al.,<br><br>Defendants. | Case No.  12-cv-05111-JSW<br><br>**ORDER REQUESTING CLARIFICATION FROM PLAINTIFFS** |

The Court has received Plaintiffs' status report regarding the status of the Bankruptcy Proceedings. The Court administratively closed the case as to Defendants Robert and Dante Thomas, after it adopted the Magistrate Judge's report and recommendation regarding the motion for default judgment filed against Defendant RT/DT, Inc.

If, in light of the Bankruptcy Court's discharge of certain debts against Robert and Dante Thomas as individuals, the Court requests clarification from the Plaintiffs as to their intention and so it can determine whether and on what basis this matter should be re-opened.

Accordingly, Plaintiffs shall file a further report by no later than September 4, 2015, that states: (1) whether they intend to dismiss claims against Robert and Dante Thomas; or (2) whether they intend to pursue any claims against those defendants.

**IT IS SO ORDERED.**

Dated: August 27, 2015

_____
JEFFREY S. WHITE
United States District Judge