LORI A. NORD, ESQ. (SBN: 87993)
KRAW LAW GROUP
605 Ellis Street, Suite 200
Mountain View, CA 94043
Telephone: (650) 314-7800
Facsimile: (650) 314-7899

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 159 HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 159 PENSION TRUST FUND; BOARD OF TRUSTEES OF THE U.A. LOCAL NO. 159 JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND AND BOARD OF TRUSTEES OF THE TRICO PIPES LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>RT/DT, Inc., a California Corporation, d/b/a THOMAS PLUMBING; Robert Thomas; Dante Thomas,<br><br>Defendants. | Case No. 12-5111 JSW<br><br>**NOTICE AND ORDER RE DISMISSAL OF DEFENDANTS ROBERT THOMAS AND DANTE THOMAS** |

PLAINTIFFS HEREBY request that the above-entitled action be dismissed as to Defendants Robert Thomas and Dante Thomas only, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: September 2, 2015        KRAW LAW GROUP

By: _____/s/_____
         LORI A. NORD

NOTICE AND ORDER RE DISMISSAL OF DEFENDANTS ROBERT THOMAS AND DANTE THOMAS
Case No. 12-5111 JSW                                                                                              Page 1

1  SO ORDERED:

2

3  Dated: September 2, 2015

                                                                 JUDGE
                                                                 United States District Court